UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| COOPER INDUSTRIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:16 CV 39 CDP |
| ) | |
| SPECTRUM BRANDS, INC., ) | |
| ) | |
| Defendant/Counter Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| COOPER INDUSTRIES, LLC, et al., ) | |
| ) | |
| Counter Defendants. ) | |

### INITIAL CASE MANAGEMENT ORDER TRACK 3
### AND ORDER OF STAY

As discussed with counsel at the Rule 16 Conference held on the record on January 12, 2017,

**IT IS HEREBY ORDERED** that the following initial deadlines shall apply in this case and will be modified only upon a showing of exceptional circumstances:

1. This case has been assigned to Track 3 (Complex).

2. The parties shall make all disclosures required by Rule 26(a)(1), Fed. R. Civ. P., no later than **February 16, 2017**.

3. Counter-plaintiff shall file its opposition to counter-defendant Employers Insurance of Wausau's pending motion to dismiss [64] no later **than January 27, 2017**. Any reply brief shall be filed no later than **February 10, 2017**.

4. This case will be referred to alternative dispute resolution on **January 12, 2017**, and that reference shall terminate on **April 17, 2017, unless extended by the Court**.

**IT IS FURTHER ORDERED** that **the case is stayed pending further Order of the Court, except as set out above and for any discovery agreed upon by the parties.**

**IT IS FURTHER ORDERED** that, if this case is not partially or fully resolved during the mediation process, the parties shall file a joint proposal within ten (10) days of the conclusion of the referral period setting out agreed-upon proposed deadlines for the remainder of the case.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of January, 2017.