UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| COOPER INDUSTRIES, LLC, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 2:16 CV 39 CDP |
| SPECTRUM BRANDS, INC., | ) ) | |
| Defendant/Counter Plaintiff, | ) ) | |
| vs. | ) ) | |
| COOPER INDUSTRIES, LLC, et al., | ) ) | |
| Counter Defendants. | ) | |

## **MEMORANDUM AND ORDER**

For the same reasons previously stated in my order denying the motion to dismiss the counterclaim, plaintiff is not entitled to the relief sought in its motion for judgment on the pleadings.

Accordingly,

**IT IS HEREBY ORDERED** that the motion for judgment on the pleadings [89] is denied.

**IT IS FURTHER ORDERED** that the motion to strike [91] is denied as moot.

_/s/ Catherine D. Perry_
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 18th day of August, 2017.