UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| COOPER INDUSTRIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:16 CV 39 CDP |
| | ) |
| SPECTRUM BRANDS, INC., | ) |
| | ) |
| Defendant/Counter Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| COOPER INDUSTRIES, LLC, et al., | ) |
| | ) |
| Counter Defendants. | ) |

## **MEMORANDUM AND ORDER**

After careful consideration,

**IT IS HEREBY ORDERED** that the motion to compel [100] is granted only to the following extent: Cooper shall provide the requested information and documents for the assert purchase agreements identified on the divestiture list which are executed by McGraw Edison (not affiliates or subsidiaries or successors or predecessors or assigns) between 1975-1985, the asset purchase agreement at issue in *Cooper Industries, LLC v. South Bend*, 899 N.E.2d 1274 (Ind. 2009), and any asset purchase agreements involving Toastmaster, regardless of the date or

whether they appear on the divestiture list. In all other respects, the motion is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 11th day of December, 2017.